# Order

**Supreme Court**
**Lansing, Michigan**

October 6, 2005

Clifford W. Taylor,
Chief Justice

127886

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RUSSELL HILEMAN,
       Plaintiff-Appellee,

v

SC: 127886
COA: 257001
WCAC: 03-000119

TRAILER EQUIPMENT, INC., and ACCIDENT
FUND INSURANCE COMPANY OF AMERICA,
       Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the December 17, 2004 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2005

_Corbin R. Davis_
Clerk

t0929